Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
lauranielson@ericnielson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JANE B. and D.S.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE MAXIM INTEGRATED PRODUCTS INC. WELFARE BENEFITS PLAN,<br><br>    Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:23-cv-00082-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Plaintiffs, through their undersigned counsel, hereby notify the Court that they have reached a confidential settlement agreement with the Defendants. Plaintiffs anticipate filing a Motion to Dismiss within sixty (60) days of the date of this notice.

RESPECTFULLY SUBMITTED this 14th day of June, 2023.

                                          **G. ERIC NIELSON & ASSOCIATES**

                                          */s/ Laura Nielson*
                                          Laura Nielson

                                          *Attorney for Plaintiff*