Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
lauranielson@ericnielson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JANE B. and D.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MAXIM INTEGRATED PRODUCTS INC. WELFARE BENEFITS PLAN,<br><br>Defendant. | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:23-cv-00082-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate and jointly move this case be dismissed with prejudice, with the parties bearing their own expenses incurred in this litigation, including their own attorneys' fees and costs. A proposed order is attached for the Court's convenience.

DATED this 7th day of September, 2023.

                                           G. ERIC NIELSON & ASSOCIATES
                                           */s/ Laura Nielson*
                                           Laura Nielson

                                           *Attorney for Plaintiffs*

//
//

SO STIPULATED:

/s/ *Danielle Herring (with permission)*

Danielle Herring
LITTLER MENDELSON P.C.

*Attorney for Defendant*